

**REPORT OF THE
NCAA DIVISION I BOARD OF DIRECTORS
DECEMBER 23, 2024, ELECTRONIC VOTE**

*INFORMATIONAL ITEMS.*

- **Blanket Waiver – Seasons of Competition – Non-NCAA Competition.** The NCAA Division I Board of Directors approved a waiver to permit student-athletes who attended and competed at a non-NCAA school for one or more years to remain eligible and compete in 2025-26 if those student-athletes would have otherwise used their final season of competition during the 2024-25 academic year, and meet all other eligibility requirements (e.g., progress toward degree, five-year period of eligibility).

    The Division I Board of Directors and NCAA Division I Council authorized a comprehensive eligibility review in June of 2024. The intent of that review is to create an eligibility framework that will be sustainable and can withstand scrutiny. That review already resulted in action to modernize collegiate sports. The review includes the number of seasons of competition a college student-athlete has, and Division I is committed to advancing the discussion considering a recent court decision. Time will be spent on this topic during January governance meetings.

    *[For: 16 (Blais, Bravman, Bruzina, Cozad, Davis, Emmanuel, Livingstone, Mearns, Noland, Pietruszkiewicz, Pines, Ross, Sands, Stenger, Taylor, Whitman), Opposed: 2 (Boyce, Poser), Abstentions: 6 (Damphousse, Khosla, McPhee, Reed, Rogers, Tromp).]*

| | |
|---|---|
| *Board of Directors chair:* | Tim Sands, Virginia Polytechnic Institute and State University, Atlantic Coast Conference |
| *Staff Liaisons:* | Geoff Bentzel, Division I Governance |
| | Amanda Conklin, Division I Governance |
| | Jenn Fraser, Division I Governance |
| | Leeland Zeller, Division I Governance |