

National Collegiate Athletic Association
700 W. Washington Street
Indianapolis, IN 46206-6222

To Whom it May Concern:

Kansas State University ("K-State") has compiled the information contained within this document and attachments for a "Season of Competition Waiver – Participation While Eligible" on behalf of K-State Baseball student-athlete, Cary Arbolida. Arbolida was deprived of his initial season in 2019-20 due to the COVID-19 pandemic, and his second season in 2020-21 that no matter how you classify it could not be referred to as a "meaningful" season. These circumstances were outside of his control. In addition, K-State is aware of the NCAA's appeal of the decision in the Pavia Case and is cognizant of the fact the blanket waiver currently issued is limited in scope. However, not only does Arbolida's timeline match Pavia's from a clock standpoint exactly, he participated in an additional year at a non-NCAA level, further justifying the institution's request to waive the normal application of 12.8. At the completion of his Fall 2025 football regular season, Pavia will be older than Arbolida will be at the end of the Spring 2025 baseball regular season. Correspondingly, the University is requesting an extension to permit Arbolida to use his final season of competition during the 2024-25 year. Of note, in his waiver statement, Arbolida has mentioned he has "talked to lawyers" regarding his situation and his weighing his options going forward to pursue another year of eligibility.

Arbolida initially enrolled for a regular term in Fall 2019 at Orange Coast College (OCC). Like the rest of the country, Arbolida's season was cut short due to COVID-19. During this same semester, Arbolida's coach, John Altobelli tragically passed away in the same accident as basketball superstar Kobe Bryant. In spite of the halted season, Arbolida impressed enough to be recruited and eventually signed a National Letter of Intent to play at the University of California, Santa Barbara.

What seemed to be a 19-years in the making dream come true turned out to be a living nightmare for Arbolida, as most of California was still on a lockdown. Living more than 30 minutes from home for the first time in his life, Arbolida could only afford to live in a studio apartment, and had little to no human interaction other than his time at the ballpark with a team he had no connection to. At the end of the fall non-championship segment, he was told he no longer had a spot on the roster. Left with no other option, Arbolida returned to OCC to play in what could only be referred to as a negligible semblance of a season of competition.



Reunited with some of his teammates, Arbolida was reinvigorated to have a chance to play with a bunch of familiar faces. However, this season did not live up to its billing. In conversations with Arbolida and while parsing through his statement, he and his teammates were invigorated to play to honor his deceased coach. Unfortunately, OCC was only able to participate in 28 games against outside competition. Less that a third of Southern California junior colleges participated in any outside competition. Statistics were kept by the schools themselves. There were no conference, sectional, or state championships. No "all-division", "all-conference", or any other similar awards were given. Schools were allowed to create their own schedules. In almost all of the games, spectators were not allowed, nor was the game streamed online. During the 2021 season, OCC played against seven different junior colleges. To draw a parallel, OCC played against twelve unique institutions during the COVID-shortened 2020 season, further justifying how insignificant of a season this was for Arbolida and the rest of his teammates.

Arbolida has been able to use only two seasons of competition at the Division I level, 2022-23 and 2023-24. With Pavia's timeline being almost seamless to Arbolida's, it is K-State's hope the NCAA will allow him to participate in one final season of competition at the Division I level, culminating his college career. The institution has applied the Covid Extension of Eligibility waiver to hopefully permit Arbolida to compete during his sixth year of enrollment in 2024-25. He has been an outstanding student-athlete at every stop along the way despite numerous obstacles he has overcome. He graduated in spring 2024 from the University of Houston, and has been accepted into Masters of Business Administration program at K-State.

K-State and Cary appreciate your consideration of our request.

Sincerely,



Chris Nasuti
Senior Associate Athletics Director for Compliance

Dear NCAA,

      I am petitioning to get my junior college athletic eligibility back. With recent laws pertaining to junior college eligibility I have talked to lawyers about being eligible for the 25' season. I attended Orange Coast College for three years (19'-20',20'-21',21'-22') During those years I only played one full season with two of the years being shortened due to Covid-19. We played a shortened season where I only played 20 games with no state or conference championship. I was not given my 4 full years of college baseball. I started my college career in 2020 when my season was cut short due to COVID-19. Before the start of the 2020 season, my coach John Altobeli passed away in a helicopter accident with his wife, daughter, and 6 other people. This was hard on me and gave me a different outlook on the way I look at things. He would say "Make today the most important day because tomorrow is not guaranteed", this saying has helped me become the person I am today. After this year I committed to the University of Santa Barbara for the 2020-2021 year. Covid put me at a major disadvantage because of the Covid stay-at-home order. My parents did not want me to leave the house because they were afraid of me contracting the virus and spreading it to them where they are at more of a risk to the virus. I had to stay inside and had to try my best to practice with the little resources I had. Also, it was very difficult showing up to campus where I was put in a studio apartment by myself. I didn't know anyone on the team and was told I couldn't go to anyone else's apartment so no one would get the virus. They wanted to control the virus because if someone happened to contract the virus they would be able to limit the number of people who contracted the virus. I would go to the field for a few hours a day and go straight home where I would spend the rest of the day alone in my room with no social interactions until the next day at practice. If I were to have a bad day at practice I wouldn't be able to talk to anyone about it and would have to hold in my anger and frustration. This led to a decrease in my athletic performance and eventually led to me getting cut and advised to go back to my junior college to develop more. This was very hard on me because I had to see if my coach would allow me back on the team mid-year and also see if I was able to get a class schedule for coming back late in the year. My coach allowed me back on the team and was able to get me a class schedule after a long process for compliance. The 2021 athletic season was treated as showcase games for athletes to have an opportunity to be seen by college and major league stats to further their academic and athletic careers. We did not play for a conference title or state title and was solely seen as a way for athletes to get exposure. Every athlete played in at least 7 games unless they were hurt. Many people thought this year was going to be similar to the year before because it was a shortened season and since many junior colleges did not participate in this year. The 2021 season wand my fellow teammates as we all had Coach Alto's death connecting us as a team. This year was special to us as we got the chance to play for Coach Alto, we didn't know this year was going to take up a year of eligibility, we just thought we were going to play the game we love through these tough times. Many California Junior Colleges decided not to play because of all the rules of COVID-19, luckily at Orange Coast College, we could play what we thought was going to be another redshirt year. We had to test once a week and send our results to the school to be eligible to play for the week. We had to wear masks and had to be spaced out during practice. With these circumstances, our team found the will to endure them. In our team group chat many of the players were saying, Alto would want us to play this year even if there was going to be no championship or conference title at the end of the season. Halfway

through the Division 1 spring season, we played our first game in April. Division 1 was already halfway through their season while we were just beginning our shortened season. Not only did we start after them we also finished a few weeks before the end of their regular season. However, to us, it didn't matter how long the season was the only thing that mattered was playing this year, and making Alto proud. Alto would have wanted us to play that year, he loved the game of baseball, and he would say the opening day was his favorite day of the year because it was the start of the baseball season. He would be the first one at the field by a long shot, he would show up to the field at 4:30 in the morning because of how excited he was about the season. He was an inspiration to the team, but more importantly to me. I was able to go to play at his alma mater and share the field where he once played and also share the same position. I would love to play just one more year of college baseball. I stayed at Orange Coast College another year and ended up committing to the University of Houston where I called my home for the past two years. At the University of Houston, I was able to live out my dream of being the first person in my family to earn a college degree, while also playing college baseball. With the new Junior college law it states that I should have another year of eligibility.

Academic Transcript

C02814543 Cary P. Arbolida
Feb 04, 2022 06:42 pm

This is not an official transcript. Courses which are in progress may also be included on this transcript.

Transfer Credit    Institution Credit    Transcript Totals    Courses in Progress

***Transcript Data***

## STUDENT INFORMATION

**Name :** Cary P. Arbolida, C02814543
**Birth Date:** Oct 03, 2000

**Curriculum Information**

**Current Program**
Associate in Arts
**Program:** Liberal Arts
**Major:** Liberal Arts

**Secondary**
Certificate of Achievement
**Program:** Business: Marketing
**Major and Department:** Marketing Specialization, Business

***Transcript type:Unofficial Transcript is NOT Official ***

## PLACEMENT RESULTS

| | | |
|---|---|---|
| OCC English: | ENGL A100 (Freshman Comp) | 07/09/19 |
| OCC Math: | MATH A100, A104, A115, A120, A155, A160<br>No support recommended<br>See a counselor to select a math course according to ed goal | 07/09/19 |

## DEGREE AWARDED

**Denied:** Certificate of Achievement **Degree Date:**

**Curriculum Information**

### Primary Degree
**Program:** IGETC Breadth Certificate
**Major:** IGETC: GE Certification

**Awarded:** Associate in Arts **Degree Date:** Aug 20, 2021

**Curriculum Information**

### Primary Degree
**Program:** Liberal Arts
**Major:** Liberal Arts

## TRANSFER CREDIT ACCEPTED BY INSTITUTION -Top-

Attended: UNIV CALIF SANTA BARBARA

| Subject | Course | Title | Grade | Credit Hours | Quality Points | R | Equiv |
|---|---|---|---|---|---|---|---|
| SOC | 1 | Introduction to Sociology | B | 2.664 | 7.99 | | (SOC A100) |
| MUS | 16 | Listening to Jazz | B | 2.668 | 8.00 | | (TRAN A100) |
| MATH | 34A | Survey of Calculus | B | 2.664 | 7.99 | | (TRAN A100) |
| ENGL | 23 | The Climate Crisis | D | 2.668 | 2.67 | | (TRAN A100) |
| HIST | 17B | American People | C | 2.668 | 5.34 | | (TRAN A100) |
| CH ST | 1A | Intro to Chicano/a Studies | A | 2.664 | 10.66 | | (TRAN A100) |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | 15.996 | 15.996 | 15.996 | 15.996 | 42.65 | 2.67 |

Unofficial Transcript

## INSTITUTION CREDIT -Top-

### Term: OCC Fall 2019

**Additional Standing:** Dean's List

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|---|
| ATHL | A119 | OC | Athletic Team Training | A | 3.000 | 12.00 | I |
| HLED | A100 | OC | Personal Health | B | 3.000 | 9.00 | |
| KIN | A106 | OC | Weight Training Level 1 | A | 1.000 | 4.00 | |
| KIN | A203 | OC | First Aid and CPR | A | 2.000 | 8.00 | |
| MATH | A115 | OC | College Algebra | A | 4.000 | 16.00 | |
| MUS | A105 | OC | Music from Bach to Rock | A | 3.000 | 12.00 | |

#### Term Totals (OCC Undergraduate)

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | 16.000 | 16.000 | 16.000 | 16.000 | 61.00 | 3.81 |
| Cumulative: | 16.000 | 16.000 | 16.000 | 16.000 | 61.00 | 3.81 |

Unofficial Transcript

### Term: CCC Fall 2019

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|---|
| ENGL | C100 | CL | Freshman Composition | B | 3.000 | 9.00 | |

#### Term Totals (Coastline Undergraduate)

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | 3.000 | 3.000 | 3.000 | 3.000 | 9.00 | 3.00 |
| Cumulative: | 3.000 | 3.000 | 3.000 | 3.000 | 9.00 | 3.00 |

Unofficial Transcript

### Term: OCC Intersession/Spring 2020

**Additional Standing:** Dean's List

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|---|
| ATHL | A109 | OC | Sports Conditioning (I) | A | 1.000 | 4.00 | |
| ATHL | A250 | OC | Baseball Team | A | 3.000 | 12.00 | |
| ECON | A100 | OC | Econ: General Concepts | A | 3.000 | 12.00 | |
| HIST | A175 | OC | History of U.S. Since 1876 | B | 3.000 | 9.00 | |
| PSYC | A100 | OC | Introduction to Psychology | A | 3.000 | 12.00 | |

#### Term Totals (OCC Undergraduate)

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | 13.000 | 13.000 | 13.000 | 13.000 | 49.00 | 3.77 |
| Cumulative: | 29.000 | 29.000 | 29.000 | 29.000 | 110.00 | 3.79 |

Unofficial Transcript

### Term: CCC Intersession/Spring 2020

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|---|
| ENGL | C102 | CL | Critical Reasoning | A | 3.000 | 12.00 | |

#### Term Totals (Coastline Undergraduate)

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | 3.000 | 3.000 | 3.000 | 3.000 | 12.00 | 4.00 |
| Cumulative: | 6.000 | 6.000 | 6.000 | 6.000 | 21.00 | 3.50 |

Unofficial Transcript

### Term: Intersession/Spring 2021

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|---|
| ATHL | A119 | OC | Athletic Team Training | A | 1.000 | 4.00 | I |
| GEOG | C180 | CL | Physical Geography | A | 3.000 | 12.00 | |
| MRSC | A100 | OC | Oceanography | B | 3.000 | 9.00 | |
| PSCI | C180 | CL | American Government | B | 3.000 | 9.00 | |

#### Term Totals (Coastline Undergraduate)

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | 6.000 | 6.000 | 6.000 | 6.000 | 21.00 | 3.50 |
| Cumulative: | 12.000 | 12.000 | 12.000 | 12.000 | 42.00 | 3.50 |

#### Term Totals (OCC Undergraduate)

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | 4.000 | 4.000 | 4.000 | 4.000 | 13.00 | 3.25 |
| Cumulative: | 33.000 | 33.000 | 33.000 | 33.000 | 123.00 | 3.73 |

Unofficial Transcript

### Term: Summer 2021

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|---|
| COMM | G110 | GW | Public Speaking | A | 3.000 | 12.00 | |
| GEOG | A180L | OC | Physical Geography Lab | A | 1.000 | 4.00 | |

#### Term Totals (GWC Undergraduate)

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | 3.000 | 3.000 | 3.000 | 3.000 | 12.00 | 4.00 |
| Cumulative: | 3.000 | 3.000 | 3.000 | 3.000 | 12.00 | 4.00 |

#### Term Totals (OCC Undergraduate)

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | 1.000 | 1.000 | 1.000 | 1.000 | 4.00 | 4.00 |
| Cumulative: | 34.000 | 34.000 | 34.000 | 34.000 | 127.00 | 3.74 |

Unofficial Transcript

### Term: Fall 2021

**Last Academic Standing:** CCC Good Standing
**Last Academic Standing:** OCC Good Standing

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|---|
| ART | C101 | CL | Renaissance - Modernism | A | 3.000 | 12.00 | |
| ATHL | A119 | OC | Athletic Team Training | A | 1.000 | 4.00 | I |
| MATH | C160 | CL | Introduction to Statistics | B | 4.000 | 12.00 | |
| SOC | A185 | OC | Analysis of Social Problems | B | 3.000 | 9.00 | |

#### Term Totals (Coastline Undergraduate)

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | 7.000 | 7.000 | 7.000 | 7.000 | 24.00 | 3.43 |
| Cumulative: | 19.000 | 19.000 | 19.000 | 19.000 | 66.00 | 3.47 |

#### Term Totals (OCC Undergraduate)

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | 4.000 | 4.000 | 4.000 | 4.000 | 13.00 | 3.25 |
| Cumulative: | 38.000 | 38.000 | 38.000 | 38.000 | 140.00 | 3.68 |

Unofficial Transcript

### Term: Intersession/Spring 2022

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|---|
| ATHL | A109 | OC | Sports Conditioning (I) | A | 1.000 | 4.00 | |

#### Term Totals (OCC Undergraduate)

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | 1.000 | 1.000 | 1.000 | 1.000 | 4.00 | 4.00 |
| Cumulative: | 39.000 | 39.000 | 39.000 | 39.000 | 144.00 | 3.69 |

Unofficial Transcript

## TRANSCRIPT TOTALS (COASTLINE UNDERGRADUATE) -Top-

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Total Institution: | 19.000 | 19.000 | 19.000 | 19.000 | 66.00 | 3.47 |
| Total Transfer: | 0.000 | 0.000 | 0.000 | 0.000 | 0.00 | 0.00 |
| Overall: | 19.000 | 19.000 | 19.000 | 19.000 | 66.00 | 3.47 |

Unofficial Transcript

## TRANSCRIPT TOTALS (GWC UNDERGRADUATE) -Top-

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Total Institution: | 3.000 | 3.000 | 3.000 | 3.000 | 12.00 | 4.00 |
| Total Transfer: | 0.000 | 0.000 | 0.000 | 0.000 | 0.00 | 0.00 |
| Overall: | 3.000 | 3.000 | 3.000 | 3.000 | 12.00 | 4.00 |

Unofficial Transcript

## TRANSCRIPT TOTALS (OCC UNDERGRADUATE) -Top-

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Total Institution: | 39.000 | 39.000 | 39.000 | 39.000 | 144.00 | 3.69 |
| Total Transfer: | 15.996 | 15.996 | 15.996 | 15.996 | 42.65 | 2.67 |
| Overall: | 54.996 | 54.996 | 54.996 | 54.996 | 186.65 | 3.39 |

Unofficial Transcript

## COURSES IN PROGRESS -Top-

### Term: Intersession/Spring 2022

| Subject | Course | Level | Title | Credit Hours |
|---|---|---|---|---|
| ATHL | A250 | OC | Baseball Team | 3.000 |
| SJS | A102 | OC | Social Justice and Activism | 3.000 |
| SOC | C110 | CL | Intro to Marriage and Family | 3.000 |
| SOC | G111 | GW | Introduction to Social Justice | 3.000 |

Unofficial Transcript

## Information provided for advisory purposes only.

## IGETC

**IGETC Courses Completed:**

| | | | |
|---|---|---|---|
| 1A English Composition | ENGL | C100 | 201923 |
| 1B Critical Thinking | ENGL | C102 | 201933 |
| 1C Oral Communications | COMM | G110 | 202150 |
| 2A Math Concepts | MATH | A115 | 201921 |
| 2A Math Concepts | MATH | C160 | 202170 |
| 3A Arts | ART | C101 | 202170 |
| 3A Arts | MUS | A105 | 201921 |
| 3B Humanities | HIST | A175 | 201931 |
| 4 Social&Behavioral Sci | PSCI | C180 | 202130 |
| 4B Economics | ECON | A100 | 201931 |
| 4F History | HIST | A175 | 201931 |
| 4I Psychology | PSYC | A100 | 201931 |
| 4J Sociology | SOC | A185 | 202170 |
| 5A Physical Science | GEOG | C180 | 202130 |
| 5B Biological Sciences | MRSC | A100 | 202130 |
| 5C Laboratory Activity | GEOG | A180L | 202150 |
| 7A American Institutions | PSCI | C180 | 202130 |

**IGETC Courses In Progress:**

| | | | |
|---|---|---|---|
| 4A Anthropology | SOC | A150 | 202230 |
| 4J Sociology | SOC | A150 | 202230 |

## CSU

**CSU Courses Completed:**

| | | | |
|---|---|---|---|
| Oral Communications | COMM | G110 | 202150 |
| Written Communications | ENGL | C100 | 201923 |
| Critical Thinking | ENGL | C102 | 201933 |
| Physical Science | GEOG | C180 | 202130 |
| Life Science | MRSC | A100 | 202130 |
| Laboratory Activity | GEOG | A180L | 202150 |
| Math/Quant.Reasoning | MATH | A115 | 201921 |
| Math/Quant.Reasoning | MATH | C160 | 202170 |
| Arts | ART | C101 | 202170 |
| Arts | MUS | A105 | 201921 |
| Humanities | HIST | A175 | 201931 |
| Soc Politic Econ Inst | PSCI | C180 | 202130 |
| Sociology & Criminology | SOC | A185 | 202170 |
| Economics | ECON | A100 | 201931 |
| History | HIST | A175 | 201931 |
| Psychology | PSYC | A100 | 201931 |
| Lifelong Understanding | ENGL | C102 | 201933 |
| Lifelong Understanding | HLED | A100 | 201921 |
| Activity Course | ATHL | A109 | 202230 |
| Activity Course | ATHL | A109 | 201931 |
| Activity Course | ATHL | A119 | 201921 |
| Activity Course | ATHL | A119 | 202130 |
| Activity Course | ATHL | A119 | 202170 |
| Activity Course | ATHL | A250 | 201931 |
| Activity Course | KIN | A106 | 201921 |
| State & Local Governmnt | PSCI | C180 | 202130 |

**CSU Courses In Progress:**

| | | | |
|---|---|---|---|
| D3 Ethnic Studies | SOC | A150 | 202230 |
| E2 Activity Course | ATHL | A119 | 202170 |

## Transcripts Received

| College | Date Received | Official |
|---|---|---|
| UNIV CALIF SANTA BARBARA | 09-APR-2021 | Y |

[ Overall Financial Aid Status ]

RELEASE: 8.7.1

© 2022 Ellucian Company L.P. and its affiliates.



University of California, Santa Barbara                                                5/3/2021 7:48:25 PM

## Unofficial Transcript

CARY ARBOLIDA
Perm Number: 9383175

| | College/Objective/Major | Degree Status | Conferal Date |
|---|---|---|---|
| | L&S/ BA/ PRSOC | | |

### Fall 2020

| Course | Grade | EnrlCd | Att Unit | Comp Unit | GPA Unit | Points | Additional Info |
|---|---|---|---|---|---|---|---|
| CH ST 1A -INTRO CHICANO/A STD | A- | 53678 | 4.0 | 4.0 | 4.0 | 14.80 | |
| MUS 16 -LISTENING TO JAZZ | B- | 69484 | 4.0 | 4.0 | 4.0 | 10.80 | |
| SOC 1 -INTRO TO SOCIOLOGY | B | 47399 | 4.0 | 4.0 | 4.0 | 12.00 | |
| **Quarter Total (Undergrad)** | **GPA 3.13** | | 12.0 | 12.0 | 12.0 | 37.60 | |
| **Cumulative Total (Undergrad)** | **GPA 3.13** | | 12.0 | 12.0 | 12.0 | 37.60 | |

### Winter 2021

| Course | Grade | EnrlCd | Att Unit | Comp Unit | GPA Unit | Points | Additional Info |
|---|---|---|---|---|---|---|---|
| ENGL 23 -THE CLIMATE CRISIS | D | 18499 | 4.0 | 4.0 | 4.0 | 4.00 | |
| HIST 17B -AMERICAN PEOPLE | C | 27094 | 4.0 | 4.0 | 4.0 | 8.00 | |
| MATH 34A -CALC FOR SOCIAL SCI | B+ | 32672 | 4.0 | 4.0 | 4.0 | 13.20 | |
| **Quarter Total (Undergrad)** | **GPA 2.10** | | 12.0 | 12.0 | 12.0 | 25.20 | |
| **Cumulative Total (Undergrad)** | **GPA 2.61** | | 24.0 | 24.0 | 24.0 | 62.80 | |

Transfer Work Undergraduate Total: 46.5

UC & Transfer Work Undergraduate Total: 70.5

# Unofficial Transcript

**Name:** **Cary Paxton Arbolida**
**Student ID:** **2233310**

Print Date:                06/30/2024

SSN:                        XXX-XX-8330
Birthdate:               XXXX-10-03

Request Reason:       Web Transcript Request
Other Institutions Attended:

Golden West College
15744 Golden West Street
Huntingtn Bch, CA 92647

Orange Coast College
2701 Fairview
Post Office Box 5005
Costa Mesa, CA 92626

Cal-Santa Barbara,U Of[Q-Hrs]
1105 Student Affairs & Admin Svc
Center
Santa Barbara, CA 93106

Odessa College
201 E University Boulevard
Odessa, TX 79762-7675

Coastline Community College
Fountain Valley, CA 92708-3597

South High School
4801 Pacific Coast Highway
Torrance, CA 90505

## External Degrees

Orange Coast College
Associate in Arts    08/20/2021

## Beginning of Undergraduate Record

### FA 2022

**Program:**     **LASS Undergraduate**
**Plan:**        **Pre-Sociology, DEG UN Preparation**

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| GEOL | 1303 | Physical Geology | 3.000 | 3.000 | B+ | 9.990 |
| Course Attributes: | | (30) Core-Life & Physical Sciences | | | | |
| Instructor: | | Virginia B Sisson | | | | |
| HLT | 2320 | Introduction to Public Health | 3.000 | 3.000 | A | 12.000 |
| Instructor: | | Kayce D Solari Williams | | | | |
| HLT | 3325 | Medical Terminology | 3.000 | 3.000 | A | 12.000 |
| Instructor: | | Joel A Bloom | | | | |
| PSYC | 2317 | Intro to Psychology Statistics | 3.000 | 3.000 | A | 12.000 |
| Course Attributes: | | (90) Core-Math/Reasoning, Component Area Option | | | | |
| Instructor: | | Amna Shabbir Saiyed | | | | |
| SOC | 3344 | Sociology of Aging | 3.000 | 3.000 | A | 12.000 |
| Instructor: | | Mary A Davis | | | | |

**Transfer Credit from Golden West College**
Applied Toward LASS Undergraduate

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| COMM | 1FOS | Comm & Bus Field | 3.000 | 3.000 | A | 0.000 |
| SOC | ELEC | Sociology Elec | 3.000 | 3.000 | A | 0.000 |
| Course Trans GPA: | 0.000 | Transfer Totals: | 0.000 | 6.000 | | 0.000 |

**Unofficial Transcript**

**Name:**    **Cary Paxton Arbolida**
**Student ID:   2233310**

**Transfer Credit from Orange Coast College**
Applied Toward LASS Undergraduate

| Course | | Description | Attempted | Earned | Grade | Points |
|--------|------|-------------|-----------|--------|-------|--------|
| ECON | ELEC | Economics Elec | 3.000 | 3.000 | A | 0.000 |
| GEOG | ELEC | Geography Elec | 1.000 | 1.000 | A | 0.000 |
| GEOL | 1345 | Introduction to Oceanography | 3.000 | 3.000 | B | 0.000 |
| HIST | 1302 | The U.S. Since 1877 | 3.000 | 3.000 | B | 0.000 |
| HLT | 1353 | Personal Health | 3.000 | 3.000 | B | 0.000 |
| KIN | ELEC | Kinesiology Elec | 3.000 | 3.000 | A | 0.000 |
| KIN | ELEC | Kinesiology Elec | 2.000 | 2.000 | A | 0.000 |
| KIN | ELEC | Kinesiology Elec | 3.000 | 3.000 | A | 0.000 |
| KIN | ELEC | Kinesiology Elec | 3.000 | 3.000 | A | 0.000 |
| MATH | 1314 | College Algebra | 4.000 | 4.000 | A | 0.000 |
| MUSI | ELEC | Music Elec | 3.000 | 3.000 | A | 0.000 |
| PEB | ELEC | PE Basic Instr Prog Elec | 1.000 | 1.000 | A | 0.000 |
| PEB | ELEC | PE Basic Instr Prog Elec | 1.000 | 1.000 | A | 0.000 |
| PEB | ELEC | PE Basic Instr Prog Elec | 1.000 | 1.000 | A | 0.000 |
| PEB | ELEC | PE Basic Instr Prog Elec | 1.000 | 1.000 | A | 0.000 |
| PEB | ELEC | PE Basic Instr Prog Elec | 1.000 | 1.000 | A | 0.000 |
| PSYC | 2301 | Introduction to Psychology | 3.000 | 3.000 | A | 0.000 |
| SOC | 2310 | Social Problems | 3.000 | 3.000 | B | 0.000 |
| SOC | ELEC | Sociology Elec | 3.000 | 3.000 | A | 0.000 |
| Course Trans GPA: | | 0.000  Transfer Totals: | 0.000 | 45.000 | | 0.000 |

**Transfer Credit from Coastline Community College**
Applied Toward LASS Undergraduate

| Course | | Description | Attempted | Earned | Grade | Points |
|--------|------|-------------|-----------|--------|-------|--------|
| ARTS | 1304 | Art Hist II(15th C to Present) | 3.000 | 3.000 | A | 0.000 |
| ENGL | 1301 | First Year Writing I | 3.000 | 3.000 | B | 0.000 |
| ENGL | 1302 | First Year Writing II | 3.000 | 3.000 | A | 0.000 |
| GEOG | ELEC | Geography Elec | 3.000 | 3.000 | A | 0.000 |
| GOVT | 2305 | US Govt: Congress,Pres & Crts | 3.000 | 3.000 | B | 0.000 |
| MATH | 1342 | Elementary Statistical Methods | 4.000 | 4.000 | B | 0.000 |
| SOC | ELEC | Sociology Elec | 3.000 | 3.000 | A | 0.000 |
| Course Trans GPA: | | 0.000  Transfer Totals: | 0.000 | 22.000 | | 0.000 |

**Transfer Credit from Cal-Santa Barbara,U Of[Q-Hrs]**
Applied Toward LASS Undergraduate

| Course | | Description | Attempted | Earned | Grade | Points |
|--------|------|-------------|-----------|--------|-------|--------|
| ENGL | ELEC | English Elec | 2.680 | 0.000 | D | 0.000 |
| GENR | ELEC | General Elec | 2.680 | 2.680 | A- | 0.000 |
| HIST | ELEC | History Elec | 2.680 | 2.680 | C | 0.000 |
| MATH | 1325 | Calc for Bus & Social Sciences | 2.680 | 2.680 | B+ | 0.000 |
| MUSI | ELEC | Music Elec | 2.680 | 2.680 | B- | 0.000 |
| SOCI | 1301 | Introduction To Sociology | 2.680 | 2.680 | B | 0.000 |
| Course Trans GPA: | | 0.000  Transfer Totals: | 0.000 | 13.400 | | 0.000 |

**Transfer Credit from Odessa College**
Applied Toward LASS Undergraduate

| Course | | Description | Attempted | Earned | Grade | Points |
|--------|------|-------------|-----------|--------|-------|--------|
| GOVT | 2306 | US and Texas Const/Politics | 3.000 | 3.000 | A | 0.000 |
| Course Trans GPA: | | 0.000  Transfer Totals: | 0.000 | 3.000 | | 0.000 |

| | | | Attempted | Earned | GPA Units | Points |
|--|--|--|-----------|--------|-----------|--------|
| Term GPA | 3.866 | Term Totals | 15.000 | 15.000 | 15.000 | 57.990 |
| Term Honor: | | Dean's List | | | | |
| | | Good Academic Standing | | | | |

**Unofficial Transcript**

**Name:**   **Cary Paxton Arbolida**
**Student ID:**   **2233310**

**SP 2023**

**Program:**        **LASS Undergraduate**
**Plan:**        **Pre-Sociology, DEG UN Preparation**

| Course | | Description | Attempted | Earned | Grade | Points |
|--------|------|-------------|-----------|--------|-------|--------|
| AAS | 2320 | Intro To African American Stdy | 3.000 | 3.000 | B | 9.000 |
| Course Attributes: | | (40) Core-Language, Philosophy & Culture | | | | |
| | | African-American Studies | | | | |
| Instructor: | | Marlon Antoine Smith | | | | |
| HLT | 3301 | Health Behavior Theories | 3.000 | 3.000 | A | 12.000 |
| Instructor: | | Angel Ann Shamblin | | | | |
| SOC | 3312 | Sociology of Deviance | 3.000 | 3.000 | A | 12.000 |
| Instructor: | | Joseph Ralph Gallo | | | | |
| SOC | 3314 | Juvenille Delinquency | 3.000 | 3.000 | A | 12.000 |
| Instructor: | | Joseph Ralph Gallo | | | | |
| SOC | 3400 | Intro To Social Statistics | 4.000 | 4.000 | B | 12.000 |
| Instructor: | | Amanda K Baumle | | | | |

| | | | Attempted | Earned | GPA Units | Points |
|--------|------|-------------|-----------|--------|-----------|--------|
| Term GPA | 3.563 | Term Totals | 16.000 | 16.000 | 16.000 | 57.000 |
| Term Honor: | Dean's List | | | | | |
| | Good Academic Standing | | | | | |

**FA 2023**

**Program:**        **LASS Undergraduate**
**Plan:**        **Pre-Sociology, DEG UN Preparation**

| Course | | Description | Attempted | Earned | Grade | Points |
|--------|------|-------------|-----------|--------|-------|--------|
| HIST | 1301 | The U.S. to 1877 | 3.000 | 3.000 | A | 12.000 |
| Course Attributes: | | (60) Core-American History | | | | |
| Instructor: | | Todd Romero | | | | |
| SOC | 3300 | Intro to Sociological Theory | 3.000 | 3.000 | B | 9.000 |
| Course Attributes: | | (81) Core-Writing in Discipline WID | | | | |
| Instructor: | | Sheila Katz | | | | |
| SOC | 3301 | Intro to Sociological Research | 3.000 | 3.000 | A- | 11.010 |
| Instructor: | | Zelma Tuthill | | | | |
| SOC | 3336 | Aggression and Violence | 3.000 | 3.000 | A | 12.000 |
| Instructor: | | Sharla Stettnisch Colbert | | | | |

| | | | Attempted | Earned | GPA Units | Points |
|--------|------|-------------|-----------|--------|-----------|--------|
| Term GPA | 3.668 | Term Totals | 12.000 | 12.000 | 12.000 | 44.010 |
| Term Honor: | Dean's List | | | | | |
| | Good Academic Standing | | | | | |

**SP 2024**

**Program:**        **LASS Undergraduate**
**Plan:**        **Sociology, BS Major**
**Plan:**        **Minor in Health Minor**

| Course | | Description | Attempted | Earned | Grade | Points |
|--------|------|-------------|-----------|--------|-------|--------|
| GEOL | 1304 | Historical Geology | 3.000 | 3.000 | C+ | 6.990 |
| Course Attributes: | | (30) Core-Life & Physical Sciences | | | | |
| Instructor: | | Peter Copeland | | | | |
| HLT | 3381 | Hlt Promotn & Disease Preventn | 3.000 | 3.000 | A | 12.000 |
| Instructor: | | Rosenda Murillo Hill | | | | |
| SOC | 3349 | Sociology of Culture | 3.000 | 3.000 | A | 12.000 |
| Instructor: | | Jennifer Lauren Adams | | | | |
| SOC | 3382 | Sociology of Drug Use & Recove | 3.000 | 3.000 | A | 12.000 |
| Instructor: | | Jennifer Lauren Adams | | | | |

**Unofficial Transcript**

**Name:** **Cary Paxton Arbolida**
**Student ID:** **2233310**

|  |  |  | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|---|---|
| Term GPA | 3.583 | Term Totals | 12.000 | 12.000 | 12.000 | 42.990 |
| Term Honor: | Dean's List |  |  |  |  |  |
|  | Good Academic Standing |  |  |  |  |  |

**Degrees Awarded**

**Degree:** **Bachelor of Science**
**Confer Date:** **05/09/2024**
**Degree GPA:** **3.673**
**Degree Honors:** **Cum Laude**
**Plan:** **Sociology, BS**
**Plan:** **Minor in Health**

**Undergraduate Career Totals**

| Cum GPA: | 3.673 | Cum Totals | 55.000 | 55.000 | 55.000 | 201.990 |
|---|---|---|---|---|---|---|

**Milestones**

TSI MATH
Status:              Completed
Date Completed:      08/20/2021

TSI READING
Status:              Completed
Date Completed:      08/20/2021

TSI WRITE
Status:              Completed
Date Completed:      08/20/2021

Texas State Mandated Core
Status:              Completed

**End of Unofficial Transcript**

## The University of Tampa Unofficial Transcript

**Name:** **Cary Paxton Arbolida**

**Student ID:** 3074813                                                                                                                          **Date of Birth:** 10-03-****

| | |
|---|---|
| **Academic Level:** | Graduate |
| **Program of Study:** | Entrepreneurship MS |
| **Completion Status:** | In Progress |

### 2024 Fall Semester

**Term Start Date:** Aug 26, 2024     **Term End Date:** Dec 12, 2024

| Course | Course Title | Cr Hrs | Grade |
|---|---|---|---|
| **2024 Fall 1st 7 Weeks (08/26/2024-10/21/2024)** | | | |
| ENT 610 | Preparing for the Entrepreneurial Journey | 4.0 | AB |
| ENT 620 | Creativity and Innovation for Entrepreneurs | 4.0 | AB |
| **2024 Fall 2nd 7 Weeks (10/23/2024-12/12/2024)** | | | |
| ENT 630 | Selecting and Developing a Business Model | 4.0 | AB |

| | Attempted Cr Hrs | Earned Cr Hrs | GPA Cr Hrs | Grade Points | GPA |
|---|---|---|---|---|---|
| **Term:** | 12.0 | 12.0 | 12.0 | 42.0 | 3.50 |
| **Cumulative:** | 12.0 | 12.0 | 12.0 | 42.0 | 3.50 |

**Academic Standing:** Good Standing

**End of The University of Tampa Transcript**

Student is in good standing unless otherwise noted. This transcript is not official unless either via secure PDF certified by the National Student Clearinghouse or printed on official University of Tampa red transcript paper with security features on the reverse. The Family Educational Rights and Privacy Act of 1974 prohibits the release of this transcript or the information recorded thereon to a third party without the student's express written consent.

Jan 7, 2025 3:08 PM

# Baseball Schedule -- 2021

*Cary played in the 20 games highlighted below. He was otherwise eligible for all 28.*

| Season | 2020-21 |
|--------|---------|
| Venue | All |
| Type | All |

Print

| OVERALL | | CONF | | STREAK | HOME | AWAY | NEUTRAL |
|---------|---|------|---|--------|------|------|---------|
| **20-7-1** | Pct .732 | **14-4** | Pct .778 | **Won 1** | **11-3** | **9-4-1** | **0-0** |

| Date | Opponent | Result | Status | Links |
|------|----------|--------|--------|-------|
| **March** | | | | |
| **Wed. 31** | VS **Cypress #** | | 1:00 PM PDT | |
| | Scrimmage | | | |
| **April** | | | | |
| **Tue. 13** | VS **Fullerton** * | **L, 8-5** | Final | Box Score · Recap |
| **Thu. 15** | VS **Fullerton** * | **W, 16-7** | Final | Video · Box Score · Recap |
| Fri. 16 | AT Fullerton | **W, 9-6** | Final - 6 innings | Box Score |
| | 7 innings | | | |
| | AT Fullerton * | **W, 11-3** | Final | Box Score · Recap |
| **Tue. 20** | VS **Irvine Valley** * | **W, 7-6** | Final | Video · Box Score · Recap |
| **Thu. 22** | VS **Irvine Valley** * | **W, 5-1** | Final | Video · Box Score |
| Fri. 23 | AT Irvine Valley | **T, 3-3** | Final - 8 innings | Video · Box Score |
| | @ OC Great Park Stadium - 7 innings | | | |
| | AT Irvine Valley * | **W, 8-2** | Final | Box Score |
| | @ OC Great Park Stadium | | | |
| **Tue. 27** | AT **Golden West** * | **W, 13-12** | Final | Box Score · Recap |
| **Thu. 29** | AT **Golden West** * | **W, 11-10** | Final | Box Score |
| **Fri. 30** | VS **Golden West** | **W, 9-8** | Final - 6 innings | Box Score |
| | AT **Golden West** * | **W, 16-5** | Final | Box Score · Recap |

| Date | Opponent | Result | Status | Links |
|------|----------|--------|--------|-------|

## May

| Date | Opponent | Result | Status | Links |
|------|----------|--------|--------|-------|
| Tue. 4 | vs Mt. San Antonio | L, 16-7 | Final | Box Score |
| Thu. 6 | vs Mt. San Antonio | W, 4-1 | Final | Box Score / Recap |
| Fri. 7 | AT Mt. San Antonio | L, 7-4 | Final - 6 innings | Box Score |
|  | 7 innings |  |  |  |
|  | AT Mt. San Antonio | W, 9-4 | Final | Box Score |
| Tue. 11 | vs Saddleback * | W, 3-2 | Final - 10 innings | Box Score / Recap |
|  | (no spectators allowed) |  |  |  |
| Thu. 13 | AT Saddleback * | W, 9-1 | Final | Box Score |
|  | (no spectators allowed) |  |  |  |
| Fri. 14 | vs Saddleback | W, 8-2 | Final | Box Score |
|  | 7 innings |  |  |  |
|  | vs Saddleback * | W, 13-6 | Final | Box Score / Recap |
| Tue. 18 | AT Cypress * | W, 10-8 | Final | Box Score / Recap |
| Thu. 20 | AT Cypress * | L, 4-3 | Final | Box Score |
| Fri. 21 | vs Cypress | W, 9-5 | Final - 7 innings | Box Score |
|  | 7 innings ---- No spectators allowed |  |  |  |
|  | vs Cypress * | W, 9-1 | Final | Box Score / Recap |
|  | No spectators allowed |  |  |  |
| Tue. 25 | AT Santa Ana * | L, 8-3 | Final | Box Score |
| Thu. 27 | AT Santa Ana * | L, 9-5 | Final | Box Score |
| Fri. 28 | vs Santa Ana | L, 6-1 | Final | Box Score |
|  | vs Santa Ana * | W, 8-0 | Final | Box Score |
|  | No spectators allowed |  |  |  |

# Exhibition    * Conference    **Home events in bold**

iCalendar    RSS Feed

| Date | Team | played? |
|---|---|---|
| 3/31/2021 | Cypress | N |
| 4/13/2021 | Fullerton | Y |
| 4/15/2021 | Fullerton | Y |
| 4/16/2021 | Fullerton | N |
| 4/16/2021 | Fullerton | Y |
| 4/20/2021 | Irvine Valley | Y |
| 4/22/2021 | Irvine Valley | Y |
| 4/23/2021 | Irvine Valley | N |
| 4/23/2021 | Irvine Valley | Y |
| 4/27/2021 | Golden West | Y |
| 4/29/2021 | Golden West | Y |
| 4/30/2021 | Golden West | N |
| 4/30/2021 | Golden West | Y |
| 5/4/2021 | Mt. San Antonio | Y |
| 5/6/2021 | Mt. San Antonio | Y |
| 5/7/2021 | Mt. San Antonio | N |
| 5/2/2021 | Mt. San Antonio | Y |
| 5/11/2021 | Saddleback | Y |
| 5/13/2021 | Saddleback | Y |
| 5/14/2021 | Saddleback | N |
| 5/14/2021 | Saddleback | Y |
| 5/18/2021 | Cypress | Y |
| 5/20/2021 | Cypress | Y |
| 5/21/2021 | Cypress | N |
| 5/21/2021 | Cypress | Y |
| 5/25/2021 | Santa Ana | Y |
| 5/27/2021 | Santa Ana | Y |
| 5/28/2021 | Santa Ana | N |
| 5/28/2021 | Santa Ana | N |
| | percentage played | 0.714285714 |