**COURT FOR THE DISTRICT OF KANSAS**
**AT KANSAS CITY**

| | |
|---|---|
| **CARY ARBOLIDA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: |
| | ) |
| **NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,** | ) ) |
| | ) |
| **Defendant.** | ) |

**PLAINTIFF'S DESIGNATION OF PLACE OF TRIAL**

COMES NOW Plaintiff, Cary Arbolida, by and through counsel and pursuant to D. Kan. Rule 40.2(a), and hereby designates Kansas City, Kansas as the place of trial.

Dated: February 14, 2025.


**KENNYHERTZ PERRY, LLC**

*/s/ Milton Winter*
Milton Winter, KS Bar # 28776
Braden Perry, KS Bar # 21022
Kristen Andrews, KS Bar # 30066
2000 Shawnee Mission Pkwy, Ste 210
Mission Woods, KS 66205
(816) 527-9447
mit@kennyhertzperry.com
braden@kennyhertzperry.com
kristen.andrews@kennyhertzperry.com
**Attorneys for Plaintiff Cary Arbolida**

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 14th day of February 2025, I electronically filed a copy of the foregoing by using the CM/ECF system which will send notice of electronic filing to all parties of record.

                                                */s/ Milton Winter*
                                                Attorney for Plaintiff