UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CARY ARBOLIDA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NATIONAL COLLEGIATE ATHLETIC )<br>ASSOCIATION )<br>)<br>Defendant. )<br>) | Case No. _____ |

## DECLARATION OF CARY ARBOLIDA

I, Cary Arbolida, make this declaration of my own personal knowledge and, if called on to do so, could testify competently to the facts stated herein under oath.

1. I enrolled at Orange Coast College (a junior college) in the Fall of 2019. I played on the baseball team at Orange Coast from the Fall of 2019 through the Spring of 2022. My Spring 2020 baseball season was cut short due to COVID and was not counted as a year of NCAA eligibility.

2. In the Fall of 2020, I enrolled at the University of California-Santa Barbara intending to play baseball there. While I was a member of the baseball team for the Fall 2020 semester, I did not compete in any competitions or competitive seasons. At the end of the Fall 2020 semester, I was told I no longer had a spot on the UCSB baseball team.

3. I reenrolled at Orange Coast College in the Spring of 2021. My Spring 2021 baseball season was also affected by COVID restrictions mandated by the state of California and local communities, but was counted as a season of NCAA eligibility under current NCAA rules. Orange Coast was only able to play in 28 games total against seven separate junior colleges in the

Spring of 2021. By contrast, in the shortened Spring 2020 season that did not count as a season of NCAA eligibility Orange Coast played twelve separate junior colleges. Less than one third of Southern California junior colleges participated in outside competition in the Spring of 2021, colleges were allowed to create their own schedules, spectators were usually not allowed, games were not streamed online, and for those teams engaging in outside competition statistics were kept by teams themselves. There were no conference, sectional, or state championships, and no "all-conference" or similar individual awards were given. My Spring 2022 baseball season was a normal junior college baseball season and it also counted as a season of competition under current NCAA rules. I graduated from Orange Coast with a two-year degree in Liberal Arts.

4.  In the fall of 2022, I joined the University of Houston baseball team. The University of Houston baseball program is a Division I baseball program and part of the Big 12 Conference. I competed in the Spring 2023 and Spring 2024 baseball seasons at the University of Houston. For the Spring 2024 season, I was an All-Big 12 Second Team selection, set the University of Houston single-season slugging percentage record, and led the team in home runs and batting average. I graduated from the University of Houston in May 2024 with a degree in Sociology. I was not selected in the 2024 MLB draft.

5.  In the Fall of 2024, I enrolled at the University of Tampa, a Division II institution. While I was a member of the baseball team for the Fall 2024 semester, I did not compete in any competitions or competitive seasons.

6.  On January 3, 2025, I entered the NCAA transfer portal and on January 4, 2025, Kansas State University ("KSU") began recruiting me. In late January, I committed to KSU and then applied for admission. After being admitted, I enrolled in KSU's Masters in Financial Therapy program.

7. I was in good academic standing when I left the University of Tampa and was pursuing a master's degree in business administration. I am currently in good standing at KSU.

8. Although I played baseball at a junior college, I did not receive any opportunities or offers to market my name, image, and likeness ("NIL") while in junior college.

9. If I am able to play a third year of Division I baseball, based on my understanding of the NIL opportunities available to me as a member of the KSU baseball team, I can earn at least $50,000 in NIL compensation. However, because I have not been granted an additional year of eligibility, I have not been able to take advantage of the available NIL compensation opportunities.

10. In addition, based on my experience as a college baseball player, Division I baseball is more competitive than other non-Division I programs, provides more exposure to the public, and offers access to better resources such as facilities, training, coaching, equipment, and medical staff.

11. I would like to play my third year of Division I baseball at KSU in the Spring of 2025. It is now too late for me to enroll in another institution for the spring 2025 semester.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of February, 2025.

_____
Cary Arbolida