**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| CARY ARBOLIDA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. _____ |
| | ) | |
| NATIONAL COLLEGIATE ATHLETIC | ) | |
| ASSOCIATION | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DECLARATION OF PETE HUGHES**

I, Pete Hughes, make this declaration of my own personal knowledge and, if called on to do so, could testify competently to the facts stated herein under oath.

1.     I am the head baseball coach at Kansas State University ("KSU"). I am the winningest active Big 12 head baseball coach and thirteenth among active NCAA Division I Power 4 head coaches.

2.     KSU is a Division I institution and member of the Big 12 Conference. The 2024 KSU baseball team made it to the NCAA tournament super regionals and was ranked in the top 25 of all four final NCAA Division I baseball rankings.

3.     Cary Arbolida ("Arbolida") is a college baseball player. He plays outfield and joined KSU's baseball team in January 2025.

4.     Arbolida is a talented baseball player who has already experienced great success in the Big 12 Conference. I want him on the KSU baseball roster for the Spring 2025 season. Based upon his prior success, he will be a key contributor as an outfielder and/or designated hitter. However, it is my understanding that Arbolida needs a waiver from the NCAA to play a third

season of Division I baseball because he previously played baseball for a junior college. A waiver has been submitted by KSU on Arbolida's behalf but has not yet been ruled on by the NCAA.

5.      I am currently finalizing planning for the baseball team's Spring 2025 season, and I cannot hold that team planning in limbo while Arbolida navigates what could be a very lengthy legal process. Unless and until Arbolida gets a ruling declaring him eligible to play Division I baseball for the Spring 2025 season, I will have to proceed with planning and preparing my team as if Arbolida is ineligible. The KSU baseball team's opening game is Friday, February 14, 2025.

6.      Even if Arbolida is able to obtain relief granting him eligibility for the Spring 2025 season, the further into the season it is, the more difficult it will be to incorporate him into the team's ongoing games and related preparations.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of February, 2025.

Pete Hughes