## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

CARY ARBOLIDA,                          )
                                        )
                   Plaintiff,           )
                                        )
vs.                                     )        Case No. _____
                                        )
NATIONAL COLLEGIATE ATHLETIC            )
ASSOCIATION                             )
                                        )
                   Defendant.           )
                                        )

## <u>DECLARATION OF RYAN HENINGTON</u>

I, Ryan Henington, make this declaration of my own personal knowledge and, if called on to do so, could testify competently to the facts stated herein under oath.

1.      I am employed as Vice President of Wildcat Creative, LLC ("Wildcat Creative"). Wildcat Creative provides name, image, and likeness ("NIL") opportunities to Kansas State University ("KSU") athletes, including baseball players.

2.      I am also CEO and Managing Member of Wildcat NIL, LLC ("Wildcat NIL"). Wildcat NIL also provides NIL opportunities to KSU athletes, including baseball players.

3.      Cary Arbolida recently joined the KSU baseball team and began participating with the team in practices. Arbolida was 2024 All-Big 12 Second Team selection, set the University of Houston single-season slugging percentage record, and led the team in home runs and batting average.

4.      Wildcat Creative and/or Wildcat NIL have NIL opportunities available for Arbolida if he is able to play Division I baseball for KSU in the Spring 2025 season. Those opportunities will not be available if he is ineligible to play in the Spring 2025 season because of the reduction

in the value of his NIL that comes along with him not playing for the KSU baseball team. In addition to the NIL opportunities already available to Arbolida, if he is eligible to play in the Spring 2025 baseball season Wildcat Creative and Wildcat NIL will seek to obtain additional NIL opportunities for him.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of February, 2025.

Signed by:

*Ryan Henington*

01F15B81E24F42F...

Ryan Henington