UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CARY ARBOLIDA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. _____ |
| ) | |
| NATIONAL COLLEGIATE ATHLETIC ) | |
| ASSOCIATION ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MOTION TO EXCEED PAGE LIMITS FOR MEMORANDUM IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Local Rule 7.1(d)(3) limits a brief in support of a motion to 15 pages without leave of Court. In this case, Plaintiff Cary Arbolida has filed a Motion for Temporary Restraining Order and Preliminary Injunction (the "Motion") concerning the application of United States antitrust laws. Due to the complexity of the legal and factual issues in the case and despite counsel's best efforts, Arbolida finds himself unable to fully present all issues to the Court within the proscribed page limit. Wherefore, Arbolida asks the Court to grant him leave to filed a brief in support of the Motion exceeding 15 pages and accept for filing the brief attached hereto as Exhibit A even though it is 19 pages in length.

Respectfully submitted,

KENNYHERTZ PERRY, LLC


*/s/ Milton Winter*
Braden Perry            KS#_____
Milton Winter           KS#28776
Kristen Andrews         KS#_____
Kennyhertz Perry, LLC
2000 Shawnee Mission Pkwy, Suite 210
Mission Woods, KS 66205
(816) 527-9447
braden@kennyhertzperry.com
mit@kennyhertzperry.com
kristen.andrews@kennyhertzperry.com


**ATTORNEYS FOR PLAINTIFF CARY ARBOLIDA**

2

## CERTIFICATE OF SERVICE

    I hereby certify that on February 14, 2025, the foregoing was filed using the electronic filing system for the United States District Court for the District of Kansas, causing a true and correct copy to be served on all counsel of record. All other parties will be served by regular U.S. Mail.

                                                  /s/ *Milton Winter*_____
                                                  Attorney for Cary Arbolida