IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CARY ARBOLIDA,** | ) |
| **Plaintiff,** | ) ) ) ) **CASE NO. 2:25-cv-02079-JWB-BGS** |
| v. | ) ) ) |
| **NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,** | ) ) ) ) |
| **Defendant.** | ) |

**NOTICE OF LIMITED ENTRY OF APPEARANCE**

Pursuant to D. Kan. Rule 83.5.8, the undersigned attorney hereby enters a limited appearance on February 19, 2025 for National Collegiate Athletic Association ("NCAA").

1. The attorney, Douglas R. Dalgleish, and the NCAA have executed a written agreement whereby the attorney will provide limited representation to the NCAA.

2. This attorney's appearance in this case is limited in scope to the following matter(s):

    a. Representing the NCAA in opposing Plaintiff Cary Arbolida's Motion for Temporary Restraining Order and Preliminary Injunction, which is set for a hearing on Thursday, February 20, 2025, at 1:30 PM in this Court.

3. This attorney is Attorney of Record and available for service of a document ONLY for the court events described above. For all other matters, the party must be served directly, unless otherwise ordered by the court. Service on this attorney for any issue not named above shall not be deemed service on the party. **The party's name and address where service will be accepted are provided below for that purpose.**

4. A party or the party's counsel may contact the party represented by this attorney directly regarding matters outside the scope of this limited representation without first consulting this attorney.

5. This attorney's representation of the NCAA will terminate 14 days after the Notice of Withdrawal has been filed and served unless an objection has been filed.

        Respectfully submitted,

        **STINSON LLP**

        By: */s/ Douglas R. Dalgleish*
           Douglas R. Dalgleish, KS # 22328
           1201 Walnut, Suite 2900
           Kansas City, Missouri 64106
           Telephone: (816) 842-8600
           Facsimile: (816) 691-3119
           doug.dalgleish@stinson.com
           ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2025, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to all counsel of record who have consented to electronic service:

        */s/ Douglas R. Dalgleish*
        Attorney for Defendant