**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| CARY ARBOLIDA, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| | ) **CASE NO. 2:25-cv-02079-JWB-BGS** |
| **v.** | ) |
| | ) |
| | ) |
| NATIONAL COLLEGIATE | ) |
| ATHLETIC ASSOCIATION, | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to D. Kan. Rule 83.5.4., I move that Naima Stevenson Starks be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.[1]

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney.  I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion.  I have verified that the information contained in the affidavit is true and accurate.

---

[1] As of this date, Defendant National Collegiate Athletic Association has not been properly served.  Accordingly, this Motion for Leave to Appear Pro Hac Vice is submitted for the purpose of Naima Stevenson Starks appearing on a limited basis, and Defendant National Collegiate Athletic Association does not waive any of its potential defenses by submitting this motion requesting that Naima Stevenson Starks be allowed to appear pro hac vice.

Dated this 21st day of February, 2025.

<div style="margin-left: 45%;">

Respectfully submitted,

**STINSON LLP**

By: */s/ Victoria L. Smith*
    Victoria L. Smith, KS # 16502
    1201 Walnut Street, Suite 2900
    Kansas City, Missouri 64106
    Telephone: (816) 691-3360
    Facsimile:  (816) 412-9306
    vicki.smith@stinson.com
    ATTORNEYS FOR DEFENDANT

</div>

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on February 21, 2025, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to all counsel of record who have consented to electronic service:

<div style="margin-left: 45%;">

*/s/ Victoria L. Smtih*
Attorney for Defendant

</div>