### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CARY ARBOLIDA, | ) |
|                 Plaintiff, | ) |
| vs. | ) Case No. 2:25-cv-02079-JWB-BGS |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION | ) |
|                 Defendant. | ) |

### MOTION TO EXCEED PAGE LIMITS FOR MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

Local Rule 7.1(d)(3) limits a brief in support of a motion to 15 pages without leave of Court. In this case, Plaintiff Cary Arbolida has filed a Motion for Preliminary Injunction (the "Motion") concerning the application of United States antitrust laws. Due to the complexity of the legal and factual issues in the case and despite counsel's best efforts, Arbolida finds himself unable to fully present all issues to the Court within the prescribed page limit. Wherefore, Arbolida asks the Court to grant him leave to file a brief in support of the Motion exceeding 15 pages and accept for filing the brief attached hereto as Exhibit A even though it is 29 pages in length.

Respectfully submitted,

KENNYHERTZ PERRY, LLC

*/s/ Milton Winter*
Milton Winter, KS Bar # 28776
Braden Perry, KS Bar # 21022
Kristen Andrews, KS Bar # 30066
2000 Shawnee Mission Pkwy, Ste 210
Mission Woods, KS 66205
(816) 527-9447
mit@kennyhertzperry.com
braden@kennyhertzperry.com
kristen.andrews@kennyhertzperry.com

**ATTORNEYS FOR PLAINTIFF CARY ARBOLIDA**

CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2025, the foregoing was filed using the electronic filing system for the United States District Court for the District of Kansas, causing a true and correct copy to be served on all counsel of record. All other parties will be served by regular U.S. Mail.

/s/ *Milton Winter*
Attorney for Cary Arbolida