### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CARY ARBOLIDA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) CASE NO. 2:25-cv-02079-JWB-BGS |
| v. | ) |
| | ) |
| | ) |
| **NATIONAL COLLEGIATE** | ) |
| **ATHLETIC ASSOCIATION,** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

### DEFENDANT'S MOTION AND SUGGESTIONS IN SUPPORT OF MOTION FOR LEAVE TO EXCEED PAGE LIMITS FOR ITS OPPOSITION TO PLAINTIFF'S MEMORANDUM IN <u>SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION</u>

Plaintiff sought and received leave of court to file a 29 page brief, in excess of the page limit requirements of this court, for its Memorandum in Support of Motion for Preliminary Injunction. Defendant, although it has not yet been served, and does not waive jurisdiction in this matter by entering its limited appearance, seeks leave to file a brief of similar length to respond. Defendant respectfully requests leave to file a brief no longer than 29 pages to respond.

Respectfully submitted,

*s/ Victoria L. Smith*
Victoria L. Smith (KS 16502)
Douglas R. Dalgleish (KS 22328)
Stinson LLP
1201 Walnut Street, Suite 2900
Kansas City, Missouri 64106
T: (816) 842-8600
F: (816) 691-3495
Doug.dalgleish@stinson.com
Vicki.smith@stinson.com

Naima S. Starks (*admitted pro hac vice*)
Stinson LLP
1775 Pennsylvania Avenue, NW
Suite 800

Washington, DC 20006
T: (202) 572-9937
F: (202) 572-9987
Naima.starks@stinson.com

*Counsel for Defendant NCAA*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2025, I electronically filed the foregoing Motion for Leave

to file Excess Pages and Suggestions in Support with the Clerk of the Court using the CM/ECF system

which will send notification of such filing to all parties and counsel of record.

 *s/ Victoria L. Smith*
*Counsel for Defendant NCAA*