### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CARY ARBOLIDA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 2:25-cv-02079-JWB-BGS |
| ) | |
| **NATIONAL COLLEGIATE ATHLETIC** ) | |
| **ASSOCIATION** ) | |
| ) | |
| **Defendan**t. ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff Cary Arbolida, by and through counsel, and hereby dismisses this case in its entirety without prejudice and withdrawals all pending motions pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted this 11th day of March 2025.

*/s/ Braden Perry*
Milton Winter, KS Bar # 28776
Braden Perry, KS Bar # 21022
Kristen Andrews, KS Bar # 30066
2000 Shawnee Mission Pkwy, Ste. 210
Mission Woods, KS 66205
(816) 527-9447
mit@kennyhertzperry.com
braden@kennyhertzperry.com
kristen.andrews@kennyhertzperry.com

**Attorneys for Plaintiff Cary Arbolida**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 11, 2025, a true and correct copy of the foregoing Notice of Voluntary Dismissal Without Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Respectfully submitted this 11th day of March 2025.

*/s/ Braden Perry*
Braden Perry, KS Bar # 21022